

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00162-CV

**KELLY LEE DICKEY,**

**Appellant**

 **v.**

**BRYAN COLLIER, LORIE DAVIS,
KELLY L. STRONG, CHRISTOPHER S. LACOX,
CANDIS M. WELLS, LESLIE L. THOMPSON,
JACOB M. WOLF, DANIELLE N. SLIDER,
TWO UNNAMED INDIVIDUALS,**

**Appellees**

---

**From the 278th District Court
Walker County, Texas
Trial Court No. 2029653**

---

## MEMORANDUM OPINION

---

Kelly Lee Dickey attempts to appeal the trial court's judgment rendered on, according to Dickey's notice of appeal, December 29, 2022. By letter dated June 6, 2023, the Clerk of this Court notified Dickey that the appeal was subject to dismissal because the notice of appeal was untimely. In the same letter, the Clerk warned Dickey that the appeal would be dismissed unless, within 14 days from the date of the letter, a response

was filed showing that the notice of appeal was timely filed. More than 14 days have passed and no response has been filed.

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; TEX. GOV'T CODE §§ 51.207(b); 51.208; § 51.941(a). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.

This appeal is dismissed. *See* TEX. R. APP. P. 42.3, 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeal dismissed
Opinion delivered and filed July 5, 2023
[CV06]

